IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOBBY JACKSON, SR.,

  Plaintiff,                                                                                    CASE NO.:  8:19-CV-00308-SCB-CPT

v.

COMENITY BANK,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Bobby Jackson, Sr., and the Defendant, Comenity Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 22nd day of July, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Charles J. McHale* |
| Octavio Gomez, Esquire | Dale T. Golden, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 0094080 |
| Morgan & Morgan Tampa, P.A. | dgolden@gsgfirm.com |
| 201 N. Franklin Street, Suite 700 | Charles J. McHale, Esquire |
| Tampa, Florida 33602 | Florida Bar No.: 0026555 |
| Telephone: (813) 223-5505 | cmchale@gsgfirm.com |
| Facsimile: (813) 222-4797 | Golden Scaz Gagain, PLLC |
| Primary Email: TGomez@ForThePeople.com | 201 North Armenia Avenue |
| Secondary Email: | Tampa, Florida 33609-2303 |
| LDobbins@ForThePeople.com | Telephone: (813) 251-5500 |
| *Attorney for Plaintiff* | Facsimile: (813) 251-3675 |
| | *Attorneys for Defendant* |